**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **PX-26-138** |
| | * | |
| **DAVID M. MORENS,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |

## **ORDER**

Having read and considered the Motion for Bond Hearing (ECF No. 12) and Defendant's Response (ECF No. 25) and determining that no hearing is necessary, it is this 19th day of May 2026,

**ORDERED**, that the Motion for Bond Hearing is **DENIED**. Any concerns raised by the Government are addressed in the Defendant's Response to the Court's satisfaction at this time. Furthermore, the Defendant is on notice regarding his compliance with the conditions of release.

**ORDERED**, that the motions to seal (ECF Nos. 11 & 28) are **GRANTED**.

Honorable Timothy J. Sullivan
Chief United States Magistrate Judge