**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PX-26-138** |
| | * | |
| **DAVID MORENS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ***** | |

**CONSENT MOTION FOR A CONTINUANCE OF SENTENCING**

The Government, with the consent of the Defendant through counsel, requests a continuance of sentencing with respect to Defendant David Morens. As supporting grounds, the Government submits as follows:

1. Sentencing in this matter is currently scheduled for November 12, 2026 at 10:00 a.m.

2. The annual office-wide refresher training for the United States Attorney's Office in also scheduled for November 12, 2026. If the date for sentencing remains the same, Government counsel will not be able to participate in the Annual Training that efficiently covers the materials required by the Department of Justice.

3. Furthermore, the parties would benefit from additional time to prepare sentencing materials for presentation to the Court.

4. The parties through email have consulted with chambers and identified a new date and time for sentencing that will work for the parties and the Court.

5. The Court, through chambers staff, instructed Government counsel to file a motion for a continuance.

6. Accordingly, the Government requests that the Court enter an Order continuing

sentencing until March 3, 2027, at 10:00 a.m.

WHEREFORE, for the foregoing reasons, the Government requests that the Court enter an Order continuing sentencing and setting March 3, 2027, at 10:00 a.m. as the new date and time for sentencing.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by JOSEPH BALDWIN
Date: 2026.10.21 13:28:31 -04'00'

Joseph Baldwin
Assistant United States Attorney