**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PX-26-138** |
| | * | |
| **DAVID MORENS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ***** | |

**ORDER**

Having reviewed the Consent Motion for a Continuance of Sentencing, and finding good cause therefore, the Court,

GRANTS the Motion for a Continuance of Sentencing, and

ORDERS that sentencing be rescheduled to March 3, 2027 at 10:00 a.m.

________________________________
HONORABLE PAULA XINIS
UNITED STATES DISTRICT JUDGE